UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 22-357 MWF (SKx)**                                    Date:  April 22, 2022

Title  **Twelve Sixty LLC, et al. v. Metropole Television, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on January 18, 2022.  (Docket No. 1).  On February 2, 2022, Plaintiffs filed a First Amended Complaint ("FAC").  (Docket No. 12).  The FAC did not add new parties.  Plaintiffs have not requested the Clerk to issue a Summons on the FAC.  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the FAC expired on April 18, 2022.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MAY 6, 2022**.

- ■ BY PLAINTIFFS:  PROOF OF SERVICE of Summons and FAC on Defendant.

    AND/OR

- ■ BY DEFENDANT:  RESPONSE TO THE FAC.

    OR

- ■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 22-357 MWF (SKx)**                                    Date: April 22, 2022

Title        **Twelve Sixty LLC, et al. v. Metropole Television, et al.**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **May 6, 2022** will result in the dismissal of this action.

     IT IS SO ORDERED.

                                                              Initials of Preparer:  RS/sjm